UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 26 C 2795 |
| v. | ) ) | Judge Kness |
| UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her official capacity as Secretary of the DEPARMTENT OF EDUCATION, KIMBERLY RICHEY, in her official capacity as Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her official capacity as Deputy Chief of Staff for Policy and Programs, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' *UNOPPOSED* MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, by and through their attorney, Andrew S. Boutros, the United States Attorney

for the Northern District of Illinois, pursuant to Rule 6(b)(1)(A), respectfully request an extension

of time to answer or otherwise plead to plaintiff's complaint until and including June 18, 2026. In

support of this motion, the defendants state:

1.      This action was filed on March 13, 2026. Dkt. 1.   Summons were issued on March

20, 2026 and sent to defendants by certified mail on March 24, 2026. Dkt. 12-13.

2.      Plaintiff alleges seven counts related to Magnet School Assistance Program Grants.

Dkt. 4 at 25-37.

3. Defendants are working to conduct their initial review of plaintiff's allegations and prepare the appropriate responsive pleading to plaintiff's complaint.

4. Defendants need additional time to complete their initial review, obtain the necessary information, and file their responsive pleading.

5. An extension until and including June 18, 2026 will be sufficient time for defendants to file their responsive pleading.

6. Plaintiff, through counsel, has no objection to the relief sought in this motion.

WHEREFORE, the defendants request an extension of time until and including June 18, 2026 to file their responsive pleading to plaintiff's complaint.

Respectfully submitted,

ANDREW S. BOUTROUS
United States Attorney

By: s/ Maxwell E. Lisy
    MAXWELL E. LISY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    maxwell.lisy@usdoj.gov

2