UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her official capacity as Secretary of the DEPARTMENT OF EDUCATION, KIMBERLY RICHEY, in her official capacity as Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her official capacity as Deputy Chief of Staff for Policy and Programs, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 26 C 2795 <br><br> Judge Kness |

**DEFENDANTS' SECOND *UNOPPOSED* MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, by and through their attorney, Andrew S. Boutros, the United States Attorney for the Northern District of Illinois, pursuant to Rule 6(b)(1)(A), request an extension of time to answer or otherwise plead to plaintiff's complaint until and including July 17, 2026. In support of this motion, the defendants state:

1.      This action was filed on March 13, 2026. Dkt. 1.   Plaintiff alleges seven counts related to Magnet School Assistance Program Grants. Dkt. 4 at 25-37.

2.      Defendants previously sought an extension until and including June 18, 2026 to file their responsive pleading, which was granted.   Dkt. 19-20.

3.      On June 12, 2026, plaintiff issued a settlement demand.

4. Defendants are considering the demand and are working through the necessary internal processes to evaluate and obtain authorization to respond.

5. Defendants need additional time to complete the internal review and obtain the necessary authority to have substantive settlement discussions with plaintiff.

6. An extension until and including July 17, 2026, will allow the parties to continue discussing the possibility of an early resolution of this case with the hopes of avoiding unnecessary motion practice and litigation. This is in the interest of judicial economy because it will reduce the need for judicial time and resources.

7. Plaintiff, through counsel, has no objection to the relief sought in this motion.

WHEREFORE, the defendants request an extension of time until and including July 17, 2026, to file their responsive pleading to plaintiff's complaint.

Respectfully submitted,

ANDREW S. BOUTROUS
United States Attorney

By: s/ Maxwell E. Lisy
    MAXWELL E. LISY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    maxwell.lisy@usdoj.gov