UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, in her official capacity as Secretary of the DEPARTMENT OF EDUCATION, KIMBERLY RICHEY, in her official capacity as Assistant Secretary for Civil Rights, LINDSEY M. BURKE, in her official capacity as Deputy Chief of Staff for Policy and Programs,<br><br>Defendants. | ) | No. 26 C 2795<br><br>Judge Kness |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, as follows:

1. The parties do hereby agree to settle this action under the following terms and conditions.

2. Any funds approved by the United States Department of Education and accepted by the Board of Education of the City of Chicago for grant numbers S165A220047 or S165A240066 will be made available by August 28, 2026.

3. No Admission of Liability: This settlement agreement is not and shall not be construed as an admission by defendants of the truth of any allegation or the validity of any claim asserted in this lawsuit, or of a defendant's liability.

4. This cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

ANDREW S. BOUTROUS
United States Attorney

By: s/Maxwell E. Lisy
MAXWELL E. LISY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
maxwell.lisy@usdoj.gov

/s/Christy Michaelson

CHRISTY MICHAELSON
Assistant Deputy General Counsel
Chicago Public Schools
Board of Education of the City of Chicago
1 North Dearborn Street, Suite 900
Chicago, Illinois 60602
clmichaelson@cps.edu